U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 1 2017

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 1:07-CR-10022-01 |
| VERSUS | CHIEF JUDGE DRELL |
| BEN DARANDA | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Daranda's motion (Doc. 144) is not considered as pursuant to § 2255 because it would be successive, and he does not have permission from the Fifth Circuit to file a successive § 2255 motion.

IT IS FURTHER ORDERED that Daranda's motion to reduce his sentence (Doc. 144) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 31st day of MARCH, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE